

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RWN
F. #2024R00732

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 29, 2026

By E-mail

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Jacqueline Hernandez & Barry Wells
              Magistrate Docket No. 26-16

Dear Judge Merkl:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety, as both defendants are in custody.

                                  Respectfully submitted,

                                  JOSEPH NOCELLA, JR.
                                  United States Attorney

                By:    /s/ Russell Noble
                                  Russell Noble
                                  Assistant U.S. Attorney
                                  (718) 254-6178

Enclosure

cc:    Clerk of Court

RWN
F.# 2024R00732

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JACQUELINE HERNANDEZ and
BARRY WELLS,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

Criminal Docket No. 26-16

     Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Russell Noble, for an order unsealing the above-captioned matter in its entirety.

     WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          January 29, 2026

*Taryn A. Merkl*
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK